541 A.2d 742

**Joseph G. MULVANEY, Appellant,**

v.

**DEPARTMENT OF TRANSPORTATION, COMMONWEALTH OF PENNSYLVANIA and Kevin P. Howard, Appellees.**

Supreme Court of Pennsylvania.

Argued March 9, 1988.

Decided May 27, 1988.

Michael A. Della Vecchia, Evashavik, Capone and Della Vecchia, Pittsburgh, for Joseph G. Mulvaney.

Thomas M. Fallert, Dickie, McCamey & Chilcote, Pittsburgh, for Kevin P. Howard.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

The Order of the Superior Court is affirmed.